Certificate Number: 00301-PAM-DE-032976359

Bankruptcy Case Number: 19-01314



00301-PAM-DE-032976359

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2019, at 11:40 o'clock PM EDT, ANN MARIE GIVEN completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 16, 2019

By: /s/Jimmy Arreaga

Name: Jimmy Arreaga

Title: Certified Bankruptcy Counselor